# IN THE SUPREME COURT OF THE STATE OF NEVADA

ASPINWALL COURT TRUST,

Appellant,

vs.

BAC HOME LOANS SERVICING, LP,
F/K/A COUNTRYWIDE HOME LOANS
SERVICING LOANS SERVICING, LP;
AND RECONTRUST COMPANY, N.A.,
A DIVISION OF BANK OF AMERICA,

Respondents.

No. 78537

**FILED**

MAR 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. James Crockett, District Judge
Law Offices of Michael F. Bohn, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk